TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00586-CV

Railroad Commission of Texas, Appellant

v.

Star-Tex Propane, Inc.; Enerby Gas, Inc., d/b/a Bishop Energy; WelchGas, Inc.;

and A & J Propane, Inc., Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. 94-13789, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

PER CURIAM

 The parties have filed a joint motion to dismiss this cause and vacate the trial court's
judgment pursuant to their settlement agreement. The motion is granted. Tex. R. App. P. 59(a)(1)(A).

 The judgment of the trial court is vacated and the cause is dismissed.

Before Chief Justice Carroll, Justices Aboussie and B. A Smith

Judgment Vacated and Cause Dismissed on Joint Motion

Filed: May 8, 1997

Do Not Publish